# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**RECEIVED**
U.S. Marshals Service

**JUL 2 4 2020**

Southern District of Illinois
E. St. Louis, IL

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>Vallie Francis Zeller<br>*Defendant(s)* | Case Number: 20-30101-NJR |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Vallie Francis Zeller                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1:  Attempted Enticement of a Minor in violation of 18:2422(b).
Count 2:  Interstate Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18:2423(b).
Count 3:  Attempted Production of Child Pornography in violation of 18:2251 (a) and (e).

Date:   July 24, 2020

_____, Deputy Clerk
*Issuing officer's signature*

City and state:    East St. Louis, IL

Margaret M. Robertie, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: 7/24/20
Returned unexecuted, already
arrested on this Charge
W. Winston

*Arresting officer's signature*

_____
*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)

2025-0124-1398-J